IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 1:24CR198-APM |
| | : | |
| CURTIS DAVIS | : | |

**MOTION TO EXTEND REPORTING DATE**

Defendant Curtis Davis, through undersigned counsel, hereby moves this Honorable Court for an order extending the time for him to report to the United States Marshals Office or the prison to which he is designated by 30 days, to noon on Friday, February 14, 2025. In support thereof, undersigned counsel states as follows:

On December 4, 2023, a complaint was filed alleging violations of the United States Code by the Defendant, Mr. Davis, and his then co-Defendant, Ms. Tanya Bishop. Mr. Davis readily accepted responsibility for his actions and, on April 25, 2024, he pled guilty to an information filed on April 24, 2024. Doc. 24, Min. Ent. Apr. 25, 2024. Mr. Davis was sentenced and has been designated to report to FMC Lexington on Tuesday, January 14, 2025.

Unlike Mr. Davis, his co-Defendant, Ms. Tanya Bishop did not so readily accept responsibility. Status hearings were scheduled in Ms. Bishop's case, and she moved to continue her case on April 24, 2024 (1:23mj335-GMH, Doc. 24) and May 24, 2024 (Doc. 27). On June 25, 2024, Ms. Bishop pled guilty to an information substantially similar to the information that Mr. Davis pled guilty to; a violation of 18 U.S.C. 111(a)(1).

Like Mr. Davis, Ms. Bishop was afforded the opportunity to remain released pending sentencing. 1:24CR299-APM-1, Min. Ent. Aug. 19, 2024. Ms. Bishop has not yet been

sentenced and her sentencing date is presently scheduled for February 5, 2025. 1:24CR299-APM-1, DOC.

Mr. Davis does not reject his acceptance of responsibility. The opposite is true, the process of his prosecution was a deeply reflective time in which he acknowledged and began treatment for his anger issues. The process has brought him closer to his newborn daughter, as he has served as her primary caregiver while on conditions of release. He continues to acknowledge the wrongness of his actions on January 6, 2021.

One of the critical factors to be considered when imposing a sentence under 18 U.S.C. 3553(a) is the "need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." The practical effect of Mr. Davis' early acceptance of responsibility is that he will be brought into custody prior to his similarly situated co-defendant, who may benefit from a "day one" pardon prior to ever entering custody.[1]

Mr. Davis does not anticipate seeking further stay of his reporting date. He acknowledges that whether he is pardoned is a decision wholly within the incoming President's discretion. However, he submits that injustice, as compared to his co-defendant, would result if he were required to serve a sentence solely due to his early acceptance of responsibility.

Counsel has also consulted the Government thought Assistant United States Attorney Kyle Mirabelli, who advises that the Government objects to the requested extension of the Defendant's reporting date.

Mr. Davis requests that he be permitted a brief 30-day delay to report to the facility

---

[1] https://apnews.com/article/trump-day-1-priorities-deportations-drilling-ukraine-6747c6e64b0440978f59450b928f61d1 "'I am inclined to pardon many of them,' Trump said on his social media platform in March when announcing the promise. 'I can't say for every single one, because a couple of them, probably they got out of control.'"

designated by the Bureau of Prisons.

    Respectfully submitted, January 8, 2025.

                                            Louis C. Allen III
                                            Federal Public Defender

                                            /s/ Lisa Costner
                                            _____
                                            LISA COSTNER
                                            Assistant Federal Public Defender
                                            North Carolina State Bar No. 14308
                                            251 N. Main Street, Suite 849
                                            Winston-Salem, NC 27101
                                            (336) 631-5278, Ext. 5172
                                            Email: lisa_costner@fd.org

                                            /s/ Ira Knight
                                            _____
                                            IRA KNIGHT
                                            Assistant Federal Public Defender
                                            North Carolina State Bar No. 43817
                                            301 North Elm St., Ste 410
                                            Greensboro, NC 27410
                                            (336) 333-5455
                                            Email: ira_knight@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kyle Mirabelli
Assistant United States Attorney


Respectfully submitted, January 8, 2025.


/s/ Lisa Costner
_____
LISA COSTNER
Assistant Federal Public Defender
North Carolina State Bar No. 14308
251 N. Main Street, Suite 849
Winston-Salem, NC 27101
(336) 631-5278, Ext. 5172
Email: lisa_costner@fd.org


/s/ Ira Knight
_____
IRA KNIGHT
Assistant Federal Public Defender
North Carolina State Bar No. 43817
301 North Elm St., Ste 410
Greensboro, NC 27410
(336) 333-5455
Email: ira_knight@fd.org